# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

In re  Glorianna Strickland ,  Case No. 13-56100
      Debtor
                                        Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** CitiMortgage, Inc.　　　**Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 6 0 3 0

**Date of payment change:** 06/01/2014 (mm/dd/yyyy)
Must be at least 21 days after date of this notice

**New total payment:** $ 702.74
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 190.08　　**New escrow payment:** $ 310.07

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%　　**New interest rate:** _____%
**Current principal and interest payment:** $ _____　　**New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____
**Current mortgage payment:** $ _____　　**New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.     ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Lesley R Chambers
Signature

Date 04/22/2014
mm/dd/yyyy

**Print:** Lesley R Chambers
First Name     Middle Name     Last Name

Title: Bankruptcy Specialist

Company: CitiMortgage, Inc.

Address: PO Box 6030
Number     Street
Sioux Falls, SD 57117-6030
City     State     ZIP Code

Contact phone: (866) 613-5636

Email: CITIPCN@citi.com

U.S. Bankruptcy Court
Eastern District of Michigan (Detroit)

Debtor:   Glorianna Strickland

Case No. 13-56100

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2014, I served a copy of this Notice and all attachments on the following by U.S. Mail, postage prepaid:

Debtor:        Glorianna Strickland

               25265 ANDOVER DR
               DEARBORN HTS      , MI  48125

               25265 Andover
               Dearborn Heights, MI  48125

I hereby certify that on April 22, 2014, I served a copy of this Notice and all attachments on the following by Electronic Notification:

Trustee:       David Wm Ruskin
               26555 Evergreen Rd Ste 1100
               Southfield      , MI  48076-4251

Debtors Counsel:   Jesse R. Sweeney
               30555 Southfield
               Suite 400
               Southfield      , MI  48076

                              /s/Lesley R Chambers
                              Bankruptcy Specialist



**CitiMortgage**

P.O. Box 6243
Sioux Falls, SD 57117-6243
Customer Service 1-800-283-7918*
TTY Services available: Dial 711 from the United States;
Dial 1-866-280-2050 from Puerto Rico

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.

Page 1

```
3-671-85864-0000295-001-2-000-000-000-000
David Wm Ruskin
26555 Evergreen Rd., Ste 1100
Southfield MI 48076-4251
```

## Escrow Account Disclosure S

**REPRESENTATION OF PRINTED DOCUMENT**

**Annual Escrow Analysis**

Account Number:
Analysis Date:  April 18, 2014

CASE#: 13-56100
GLORIANNA R STRICKLAND

> TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

### Mortgage Payment

| | | | |
|---|---|---|---|
| New Monthly Payment Amount: | $702.74 | New Payment Effective: | June 01, 2014 |

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 406.96 | 392.67 |
| MONTHLY ESCROW PAYMENT | 190.08 | 310.07 |
| TOTAL PAYMENT | 597.04 | 702.74 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

### Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | | REQUIRED BALANCE | |
|---|---|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through May, 2014) | | | | $1,670.77- | | $2,295.32 | |
| JUN 14 | 310.07 | .00 | | 1,360.70- | | 2,605.39 | |
| JUL 14 | 310.07 | 2,295.32 | CITY/TOWN TAX | 3,345.95- | (a) | 620.14 | (b) |
| AUG 14 | 310.07 | .00 | | 3,035.88- | | 930.21 | |
| SEP 14 | 310.07 | .00 | | 2,725.81- | | 1,240.28 | |
| OCT 14 | 310.07 | .00 | | 2,415.74- | | 1,550.35 | |
| NOV 14 | 310.07 | .00 | | 2,105.67- | | 1,860.42 | |
| DEC 14 | 310.07 | 360.52 | CITY/TOWN TAX | 2,156.12- | | 1,809.97 | |
| JAN 15 | 310.07 | .00 | | 1,846.05- | | 2,120.04 | |
| FEB 15 | 310.07 | .00 | | 1,535.98- | | 2,430.11 | |
| MAR 15 | 310.07 | 1,065.00 | HAZARD INSURANCE | 2,290.91- | | 1,675.18 | |
| APR 15 | 310.07 | .00 | | 1,980.84- | | 1,985.25 | |
| MAY 15 | 310.07 | .00 | | 1,670.77- | | 2,295.32 | |
| TOTALS: | $3,720.84 | $3,720.84 | | | | | |

- Mortgage Insurance, if any, is not included in the required low point calculation.

### Determining Your Escrow Shortage/Surplus

| | | |
|---|---|---|
| PROJECTED LOW-POINT: | -3,345.95 | (a) |
| REQUIRED LOW-POINT (Cushion): | 620.14 | (b) |
| TOTAL ESCROW SHORTAGE: | 3,966.09 | |
| ESCROW SHORTAGES INCURRED PRIOR TO YOUR BANKRUPTCY FILING* | 4,032.35 | |

If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

*As a result of your Bankruptcy case, escrow shortages incurred prior to your Bankruptcy filing have been deducted from this escrow analysis and excluded from your new monthly escrow payment. They are included in this statement for informational purposes only. This is not a request for payment of these amounts, or a statement that you are personally obligated in any way to pay them. If your Bankruptcy case is dismissed, a new analysis will be performed which may result in an increased escrow payment.

671-2248-0111F

### CitiMortgage, Inc. appreciates your business.

**Escrow Account Disclosure Statement**

REPRESENTATION OF PRINTED DOCUMENT

Account Number:
Analysis Date: April 18, 2014
Annual Escrow Analysis

### Account History

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/ DECREASE |
|---|---|---|---|
| HAZARD INSURANCE | 1,065.00 | 910.00 | 155.00 |
| COMBINED TAXES | 2,655.84 | 2,794.02 | -138.18 |

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

This is a statement of actual activity in your escrow account from April 1, 2013 through April 18, 2014. This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $597.04 of which $406.96 was for principal and interest and $190.08 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $5,446.46- | $39.31- |
| APR 13 | .00 | 251.30 * | .00 | .00 | | 5,446.46- | 211.99 |
| MAY 13 | 190.08 | 251.30 * | .00 | .00 | | 5,256.38- | 463.29 |
| JUN 13 | .00 | 349.92 * | .00 | .00 | | 5,256.38- | 933.70 |
| JUL 13 | 380.16 | 349.92 * | 2,295.32 | 2,459.74 * | CITY/TOWN TAX | 7,171.54- | 1,176.12- |
| AUG 13 | .00 | 349.92 * | .00 | .00 | | 7,171.54- | 826.20- |
| SEP 13 | .00 | 336.22 * | .00 | .00 | | 7,171.54- | 2,843.64- |
| OCT 13 | 156.13 | 336.22 * | .00 | .00 | | 7,015.41- | 2,507.42- |
| NOV 13 | .00 | 336.22 * | .00 | .00 | | 7,015.41- | 2,171.20- |
| DEC 13 | .00 | 294.97 * | 360.52 | 334.28 * | CITY/TOWN TAX | 7,375.93- | 2,054.38- |
| JAN 14 | .00 | 294.97 * | .00 | .00 | | 7,375.93- | 1,759.41- |
| FEB 14 | .00 | 294.97 * | .00 | .00 | | 7,375.93- | 1,464.44- |
| MAR 14 | .00 | 294.97 * | 1,065.00 | 910.00 * | HAZARD INSURANCE | 8,440.93- | 2,079.47- |
| APR 14 | 950.40 | 294.97 * | .00 | .00 | | 7,490.53- | 1,784.50- |
| Totals: | $1,676.77 | $4,035.87 | $3,720.84 | $3,704.02 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $589.92 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $589.94.

671-2249-0111B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.